**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**BRANDEN J. MILLS**                                                    **PLAINTIFF**
**#262390**

**v.**                              **No. 4:24-CV-00617-LPR-BBM**

**ERIC HIGGINS,** *et al.*                                           **DEFENDANTS**

## ORDER

On July 23, 2024, Plaintiff Branden J. Mills, an inmate at the Pulaski County Regional Detention Facility, filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983.[1]  On April 24, 2026, an Order sent to Mr. Mills was returned to the Court as undeliverable.[2]  On April 30, 2026, Magistrate Judge Moore entered an Order reminding Mr. Mills of his duty to maintain a valid mailing address with the Clerk and directing him to file a notice of his current mailing address within thirty (30) days.[3]  She warned Mr. Mills that his failure to comply with the Order would result in the dismissal of his Complaint without prejudice.[4]

Mr. Mills has not complied with or otherwise responded to Judge Moore's April 30, 2026 Order, and the time for doing so has expired.  His mail continues to be returned undeliverable.[5]  Accordingly, Mr. Mills's Complaint is hereby DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

---

[1] Compl. (Doc. 2).

[2] Returned Mail (Doc. 6).

[3] Order (Doc. 7).

[4] *Id.*

[5] Returned Mail (Docs. 8, 9).

2

IT IS SO ORDERED this 25th day of June 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE