**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**BRANDEN J. MILLS**                                                                          **PLAINTIFF**
**#262390**

**v.**                                         **No. 4:24-CV-00617-LPR-BBM**

**ERIC HIGGINS,** *et al.*                                                                   **DEFENDANTS**

**JUDGMENT**

Consistent with the Order entered today and prior Orders in this case, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice.  The Court

certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment

or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 25th day of June 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE